Honorable James L. Robart

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-287JLR |
| Plaintiff | [Proposed] |
| | ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF IN RESPONSE TO DEFENDANT'S MOTIONS TO EXCLUDE EVIDENCE (Dkt #424, #427, #429) |
| v. | |
| HECTOR CONTRERAS IBARRA, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for United States to file its Response to Defendant Hector Contreras Ibarra's Motions to Exclude Evidence (Dkt. Nos. 424, 427 and 429) in excess of 12 pages, but no more than 25 pages. *Mr. Ibarra may, but is not required to, file a single reply brief in support of Dkt. ## 424, 427, 429 of no more than 12 pages*

DATED this 24th day of _July_, 2017.

_____
JAMES L ROBART
United States District Judge

Order for Leave to File Over-Length Brief
*United States v. Contreras Ibarra*
CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970