The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>HECTOR CONTRERAS IBARRA,<br><br>　　　　　　　　　　Defendant. | No. CR16-287JLR<br><br>[~~PROPOSED~~] ORDER TO SEAL |

Having read the Defendant's Motion to Seal and because of the sensitive information contained within the Defendant's Reply to Consolidated Response in Opposition to Defendant Contreras Ibarra's Motion to Exclude;

\
\
\
\
\

[PROPOSED] ORDER TO SEAL- 1

MICHELE SHAW
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

Case 2:16-cr-00287-JLR   Document 474-1   Filed 07/27/17   Page 2 of 2

1  It is hereby ORDERED that the Defendant's Reply to Consolidated Response in
2  Opposition to Defendant Contreras Ibarra's Motion to Exclude shall remain sealed.
3
4  So Ordered this 30 day of July, 2017.
5
6
7                                                                Honorable James L. Robart
                                                                 U.S. District Court Judge
8  Presented by:

9  s/ Michele Shaw
   MICHELE SHAW, WSBA #19561
10 Law Office of Michele Shaw
   2125 Western Ave., #330
11 Seattle, WA 98121
   Telephone: (206) 448-9612
12 Fax: (206) 319-5473
   Email: michele@micheleshawlaw.com
13
14
15
16
17
18
19
20
21
22
23

[PROPOSED] ORDER TO SEAL- 2

MICHELE SHAW
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com