Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HECTOR CONTRERAS IBARRA,<br><br>Defendant. | NO. CR16-287JLR<br><br>[~~PROPOSED~~] ORDER TO SEAL   *JLR* |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Consolidated Response in Opposition to Defendant Hector Contreras Ibarra's Motions to Exclude Evidence;

//

//

//

Order to Seal
*U.S. v. Contreras Ibarra*, CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   It is hereby ORDERED that the United States' Consolidated Response in
2   Opposition to Defendant Hector Contreras Ibarra's Motions to Exclude Evidence shall
3   remain sealed.

6   DATED this 4th day of August, 2017.

JAMES L. ROBART
United States District Judge

13  Presented by:

15  S/ Steven T. Masada
    STEVEN T. MASADA
16  S. KATE VAUGHAN
    Assistant United States Attorneys

Order to Seal
U.S. v. Contreras Ibarra, CR16-287JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970