The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-287JLR |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO SEAL |
| HECTOR CONTRERAS IBARRA, | |
| Defendant. | |

Having read the Defendant's Motion to Seal and because of the sensitive information contained within the exhibits to Defendant's Motion to Strike Testimony of Det. Rojas and TFO Rogers;

\
\
\
\
\

[PROPOSED] ORDER TO SEAL- 1

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

It is hereby ORDERED that the exhibits to Defendant's Motion to Strike Testimony of Det. Rojas and TFO Rogers shall remain sealed.

So Ordered this 13th day of October, 2017.

Honorable James L. Robart
U.S. District Court Judge

Presented by:

s/ Michele Shaw
MICHELE SHAW, WSBA #19561
Law Office of Michele Shaw
2125 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 448-9612
Fax: (206) 319-5473
Email: michele@micheleshawlaw.com

[PROPOSED] ORDER TO SEAL- 2

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com