Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> HECTOR CONTRERAS IBARRA, <br><br> Defendant. | NO. CR16-287JLR <br><br> [~~PROPOSED~~] ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Opposition to Defendant's Motion to Strike Testimony of Detective Rojas and TFO Rogers;

//
//
//

Order to Seal
*U.S. v. Contreras Ibarra*, CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the United States' Opposition to Defendant's Motion shall remain sealed.

DATED this 13th day of October, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

*S/ S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney

Order to Seal
*U.S. v. Contreras Ibarra*, CR16-287JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970