UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Hector Contreras Ibarra | Case No. CR16-0287JLR<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

Defendant's current age (36 years old); marginal nature of Defendant's medical conditions (BMI of 31.6, controlled hypertension, and gout); nature of convictions in underlying trial (supplier to a large drug trafficking organization); underlying sentence (180 months) and portion served (27%); concerns about sincerity and veracity of declaration of Hector Contreras Ibarra (Dkt. # 885, Ex. 2) based on Defendant's prior conduct and litigation filings; and the continuing danger to the U.S. public based on the totality of Defendant's actions.

Dated:  November 19, 2020

JAMES L. ROBART
United States District Judge