UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR CONTRERAS IBARRA,<br><br>Defendant. | CASE NO. CR16-0287JLR<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

Before the court is *pro se* Defendant Hector Contreras Ibarra's motion for reconsideration of the court's December 16, 2021 order (12/16/21 Order (Dkt. # 911)) denying his motion to correct his sentence under the All Writs Act (Mot. to Correct (Dkt. # 908)). (Mot. for Reconsideration (Dkt. # 914).) The court has considered the motion, all submissions filed in support of and in opposition to the motion, the relevant portions of the record, and the applicable law. Being fully advised, the court DENIES Mr. Ibarra's motion as moot.

//

ORDER - 1

On December 16, 2021, the court entered an order denying Mr. Ibarra's motion to correct his sentence under the All Writs Act, 28 U.S.C. § 1651. (*See generally* 12/16/21 Order.) On December 20, 2021, the court received Mr. Ibarra's untimely motion to extend the time to file his reply to the Government's response to his motion to correct his sentence. (*See generally* Mot. to Extend (Dkt. # 912).) "[G]iven Mr. Ibarra's *pro se* status and limited access to the law library," the court granted his motion and ordered him to file his reply brief, if any, no later than January 21, 2022. (*See* 12/22/21 Order (Dkt. # 913) at 2.) Because the court extended Mr. Ibarra's time to file a reply, it also directed the Clerk to strike its December 16, 2021 order denying Mr. Ibarra's motion to correct his sentence under the All Writs Act and to re-note Mr. Ibarra's motion to correct his sentence under the All Writs Act for January 21, 2022. (*See id.* (first citing 12/16/21 Order; and then citing Mot. to Correct).)

Accordingly, the court DENIES Mr. Ibarra's request for reconsideration of the court's December 16, 2021 order as moot given that the order he asks the court to reconsider has already been stricken from the docket. (*See generally* Dkt.) The court reminds Mr. Ibarra that his reply to the Government's response to his motion to correct his sentence must be filed no later than January 21, 2022. He may raise any arguments that he may have regarding his motion in his reply brief.

//

//

//

//

ORDER - 2

1   Dated this 11th day of January, 2022.

 

JAMES L. ROBART
United States District Judge