The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HECTOR CONTRERAS IBARRA,<br><br>Defendant. | NO. CR16-0287 JLR<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |

The Court, having reviewed the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before April 25, 2023. The Defendant may file a Reply by May 2, 2023, and the motion should be noted for that date, unless the parties reach a different agreement regarding briefing.

DATED this 6th day of April, 2023.

_____
JAMES L. ROBART
United States District Court Judge

Presented by:

/s/ Teal Luthy Miller
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE A RESPONSE - 1
*United States v. Contreras Ibarra,* CR16-0287 JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970