UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    v.<br><br>HECTOR CONTRERAS IBARRA,<br><br>               Defendant. | CASE NO. CR16-0287JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court are Defendant Hector Contreras Ibarra's motions for the Bureau of Prisons to produce (1) medical records (Med. Mot. (Dkt. # 941)) and (2) post-rehabilitation documents (Rehab. Mot. (Dkt. # 942)). Mr. Ibarra requests these documents to support his motion for compassionate release (Comp. Release Mot. (Dkt. # 940)), which is also pending before the court (*see* Dkt.). Mr. Ibarra's motion for

MINUTE ORDER - 1

compassionate release is currently noted for May 2, 2023, while his other motions are noted for April 14, 2023. (*See* docket entries ## 940-42.)

The court DIRECTS the Clerk to renote Mr. Ibarra's motions for production of medical records (Dkt. # 941) and post-rehabilitation documents (Dkt. # 942) for May 2, 2023. The briefing schedule set forth in this court's April 6, 2023 order granting the United States of America's request for an extension of time to respond to Mr. Ibarra's motion for compassionate release shall apply to these motions. (*See* 4/6/23 Order (Dkt. # 946).)

Filed and entered this 14th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2